UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**,<br><br>Plaintiff,<br><br>v.<br><br>**ST. JUDE MEDICAL, INC.**,<br><br>Defendant. | Case No.: 16-CV-6210 YGR<br><br>**ORDER GRANTING IN PART MOTION TO EXTEND DEADLINES; RESETTING TRIAL AND PRETRIAL DATES**<br><br>**DKT NO. 103** |

The Court has considered The Regents' Motion to Extend Discovery (Dkt. No. 103) and the opposition thereto, and conferred with the parties regarding scheduling. Based upon the foregoing, and good cause appearing, the Court **GRANTS IN PART** the motion to extend deadlines. The discovery deadlines are extended *for the limited purpose* of completing discovery already served and/or noticed. No discovery requests served after May 7, 2018, are permitted without further order of this Court. No deposition other than those listed on Exhibit A to the Joint Status Statement filed on April 27, 2018 (Dkt. No. 101-7) as having been noticed by the Regents or by St. Jude Medical, Inc. is permitted. The deadlines previously set (Dkt. No. 88) are revised as follows:

| Event | Current Deadline | **New Deadline** |
|---|---|---|
| Close of Fact Discovery | May 11, 2018 | **June 8, 2018** |
| Initial Expert Reports Due | June 1, 2018 | **June 29, 2018** |
| Rebuttal Expert Reports Due | July 13, 2018 | **August 10, 2018** |
| Close of Expert Discovery | Aug. 31, 2018 | **September 7, 2018** |
| Last Day to File Dispositive Motions | Sept. 14, 2018 | **September 21, 2018** |
| Pretrial Compliance Hearing | Dec. 7, 2018 | **February 1, 2019** |
| Joint Pretrial Conference Statement | Dec. 21, 2018 | **February 8, 2019** |
| Pretrial Conference | Jan. 18, 2019 | **February 22, 2019** |
| Jury Trial | Feb. 4, 2019 | **March 11, 2019** |

This terminates Docket No. 103.

**IT IS SO ORDERED**.

Dated: May 15, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**