| | |
|---|---|
| 1 | MARK T. JANSEN (SBN 114896) |
| | mjansen@crowell.com |
| 2 | PILAR R. STILLWATER (SBN 260467) |
| | pstillwater@crowell.com |
| 3 | MOLLY A. JONES (SBN 301419) |
| | mojones@crowell.com |
| 4 | LISA QI (SBN 304401) |
| | lqi@crowell.com |
| 5 | GALEN P. SALLOMI (SBN 306743) |
| | gsallomi@crowell.com |
| 6 | KIMBERLEY M. JOHNSON (SBN 317757) |
| | kjohnson@crowell.com |
| 7 | CROWELL & MORING LLP |
| | Three Embarcadero Center, 26th Floor |
| 8 | San Francisco, California 94111 |
| | Telephone: 415.986.2800 |
| 9 | Facsimile: 415.986.2827 |
| 10 | KATHRYN L. CLUNE (*pro hac vice*) |
| | kclune@crowell.com |
| 11 | ALI H.K. TEHRANI (*pro hac vice*) |
| | atehrani@crowell.com |
| 12 | ZACHARY I. RUBY (*pro hac vice*) |
| | zruby@crowell.com |
| 13 | CROWELL & MORING LLP |
| | 1001 Pennsylvania Ave, NW |
| 14 | Washington, DC 20004 |
| | Telephone: 202.624.2705 |
| 15 | Facsimile: 202.628.5116 |
| 16 | Attorneys for Plaintiff |
| | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. JUDE MEDICAL, LLC, a Minnesota Limited Liability Company,<br><br>Defendant. | Case No. 4:16-cv-06210-YGR<br>ORDER GRANTING **JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS FOR RELIEF AGAINST ST. JUDE MEDICAL, LLC WITH PREJUDICE** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE DISMISSAL
WITH PREJUDICE;
CASE NO. 4:16-cv-06210-YGR

Plaintiff The Regents of the University of California ("The Regents") and Defendant St. Jude Medical, LLC ("SJM"), by and through their respective undersigned counsel, file this Joint Stipulation Regarding Voluntary Dismissal of Plaintiff's Claims for Relief Against St. Jude Medical, LLC With Prejudice, and stipulate and agree as follows:

The Regents and SJM have settled this case. As part of their settlement agreement, all parties who have appeared in this action (*i.e.*, The Regents and SJM) have jointly agreed that the instant proceeding shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: September 28, 2018     CROWELL & MORING LLP

By:  */s/ Mark T. Jansen*
     Mark T. Jansen
     Kathryn L. Clune
     Pilar R. Stillwater
     Ali H.K. Tehrani
     Molly A. Jones
     Lisa Qi
     Zachary I. Ruby
     Galen P. Sallomi
     Kimberley M. Johnson
     Attorneys for Plaintiff
     THE REGENTS OF THE
     UNIVERSITY OF CALIFORNIA

DATED: September 28, 2018     LATHAM & WATKINS LLP

By:  */s/ S. Giri Pathmanaban*
     Michael A. Morin
     Jeffrey G. Homrig
     S. Giri Pathmanaban
     Michelle P. Woodhouse
     Attorneys for Defendant
     ST. JUDE MEDICAL, LLC

CROWELL
& MORING LLP
ATTORNEYS AT LAW

- 1 -

JOINT STIPULATION RE DISMISSAL
WITH PREJUDICE;
CASE NO. 4:16-cv-06210-YGR

## ORDER

Pursuant to the foregoing stipulation, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: October 1, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CROWELL
& MORING LLP
ATTORNEYS AT LAW

- 2 -

JOINT STIPULATION RE DISMISSAL
WITH PREJUDICE;
CASE NO. 4:16-cv-06210-YGR